**Order entered August 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00948-CV

**RBC CAPITAL MARKETS, LLC, Appellant**

**V.**

**HIGHLAND CAPITAL MANAGEMENT, L.P., Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02034-D**

## ORDER

We **GRANT** the August 23, 2013 motion of Deana Savage, Official Court Reporter for the 95th Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before September 26, 2013. The exhibits may be labeled with all the identifiers. If the exhibits can be converted, they shall be filed electronically. If the exhibits cannot be converted, Ms. Savage can file copies of the CDs.

/s/      DAVID LEWIS
            JUSTICE